FILED
SEP 0 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 PHILLIP A. TALBERT
United States Attorney
2 KAREN A. ESCOBAR
Assistant United States Attorney
3 2500 Tulare St., Room 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000

5 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 5:17-SW-00088-JLT |
|---|---|
| THE UNDEVELOPED AREA OF SEQUOIA NATIONAL FOREST, TULARE COUNTY, WITHIN THE APPROXIMATE GPS COORDINATES OF N 35 54.118 W 118 26.714 AND ANY SATELLITE SITE(S). | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of the search warrant in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: September 8, 2017

*Jennifer L. Thurston*
JENNIFER L. THURSTON
U.S. MAGISTRATE JUDGE

Destruction Order  1